**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 18 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-50394 |
| Plaintiff-Appellee, | D.C. No. 3:13-cr-07096-DMS |
| v. | |
| ANGELINO RODRIGUEZ-BARCENAS, a.k.a. Manuel Honorio Rodriguez, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Dana M. Sabraw, District Judge, Presiding

Submitted April 11, 2017[**]

Before:    GOULD, CLIFTON, and HURWITZ, Circuit Judges.

Angelino Rodriguez-Barcenas appeals from the revocation of supervised

release and the 24-month sentence imposed upon revocation. Pursuant to *Anders*

*v. California*, 386 U.S. 738 (1967), Rodriguez-Barcenas's counsel has filed a brief

stating that there are no grounds for relief, along with a motion to withdraw as

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

counsel of record.

Because Rodriguez-Barcenas has fully served his sentence and is not subject to a term of supervised release, we dismiss this appeal as moot. *See Spencer v. Kemna*, 523 U.S. 1, 14 (1998); *United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**